# STATE OF MICHIGAN

# COURT OF APPEALS

ALVARO AGUILLON,

       Plaintiff/Counter-Defendant-
       Appellee,

v

FERNANDO FERNANDEZ,

       Defendant/Counter-Plaintiff-
       Appellant.

UNPUBLISHED
May 18, 2017

No. 331259
Kent Circuit Court
LC No. 14-011668-NO

Before: MARKEY, P.J., and MURPHY and METER, JJ.

MURPHY, J. (*concurring*).

       I concur in result only.

       /s/ William B. Murphy

-1-